BOLTON *v.* FITZGIBBON and Another.

APPEAL from the *Hamilton* Court of Common Pleas.

*Per Curiam.*—Suits on promissory notes. Judgment by default. No motion below to set aside the judgment. We might dismiss the appeal. We have looked through the record, and find that it contains no error.

The judgment is affirmed with 5 per cent. damages and costs.

*D. Moss* and *J. W. Evans*, for the appellant.

*A. A. Hammond*, for the appellees.